UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| J. D. THOMPSON III | CIVIL ACTION |
| VERSUS | SECTION "B"(2) |
| WASHINGTON PARISH GOVERNMENT ET AL. | NUMBER: 14-2440 |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss, Record Document No. 22, is **GRANTED** and Plaintiff's Motion to Order a Scheduling Preliminary Conference, Record Document No. 45 is dismissed as **MOOT.**

New Orleans, Louisiana, this 17th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE